**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: INVOLUNTARY TERMINATION    :    No. 546 MAL 2016
OF PARENTAL RIGHTS TO N.D.B., A    :
MINOR    :
   :    Petition for Allowance of Appeal from
   :    the Order of the Superior Court
PETITION OF: A.A.B., NATURAL    :
FATHER    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 31st day of August, 2016, the Petition for Allowance of Appeal is

**DENIED**.

     Justice Mundy did not participate in the consideration or decision of this matter.